IRELL & MANELLA LLP
Michael H. Strub, Jr. (admitted *pro hac vice*)
Jeffrey M. Reisner (admitted *pro hac vice*)
840 Newport Center Drive
Newport Beach, California  92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendants
Transcontinental Corporation, *et al.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re LAKE AT LAS VEGAS JOINT VENTURE, LLC, *et al.*,<br><br>Debtors.<br>_____<br>LARRY LATTIG, in his capacity as Creditor Trustee of the Lake Las Vegas Creditor Trust,<br><br>Plaintiff,<br><br>v.<br><br>DAVID COX, *et al.*,<br><br>Defendants. | Case No. 2:11-cv-01346-GMN-(PAL)<br><br>Bankr. No. BK-S-08-17814-LBR<br>Adv. No. 10-01284-LBR<br><br>**NOTICE TO WITHDRAW AND REMOVE ATTORNEY KENNETH R. HEITZ FROM CM/ECF SERVICE LIST AND COURT DOCKET** |

**PLEASE TAKE NOTICE** that the undersigned hereby requests that attorney Kenneth R. Heitz, Esq., formerly of the law firm of Irell & Manella LLP be removed from the Court's docket and CM/ECF service list(s) as Mr. Heitz passed away on July 9, 2012.

DATED:  September 18, 2012.                          IRELL & MANELLA LLP


                                                                        By:  /s/ Michael H. Strub, Jr.
                                                                                Michael H. Strub, Jr.

IT IS SO ORDERED this 24th day
of September, 2012.                                    _____
                                                                        Peggy A. Leen, U.S. Magistrate Judge

---

2699676

NOTICE TO WITHDRAW AND REMOVE ATTORNEY KENNETH R. HEITZ
FROM CM/ECF SERVICE LIST AND COURT DOCKET