IRELL & MANELLA LLP
Michael H. Strub, Jr. (admitted *pro hac vice*)
Jeffrey M. Reisner (admitted *pro hac vice*)
840 Newport Center Drive
Newport Beach, California  92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendants
Transcontinental Corporation, *et al.*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re LAKE AT LAS VEGAS JOINT VENTURE, LLC, *et al.*,<br><br>                    Debtors.<br>――――――――――――――<br>LARRY LATTIG, in his capacity as Creditor Trustee of the Lake Las Vegas Creditor Trust,<br><br>                    Plaintiff,<br><br>              v.<br><br>DAVID COX, *et al.*,<br><br>                    Defendants.<br>―――――――――――――― | Case No. 2:11-cv-01346-GMN-(PAL)<br><br>Bankr. No. BK-S-08-17814-LBR<br>Adv. No. 10-01284-LBR<br><br>**NOTICE TO TERMINATE AND REMOVE ATTORNEY JULIE MANDELSOHN FROM CASE, CM/ECF SERVICE LIST AND COURT DOCKET** |

**PLEASE TAKE NOTICE** that the undersigned hereby requests that attorney Julie Mandelsohn, Esq.[1], formerly of the law firm of Irell & Manella LLP be terminated from this case and removed from the Court's docket and CM/ECF service list(s) as Ms. Mandelsohn is no longer with the law firm of Irell & Manella LLP.

---

[1] Having filed a "Verified Petition for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court and Designation of Local Counsel" on October 31, 2011 [Docket No. 2] and Order granting same entered on November 1, 2011 [Docket No. 6].

1  **PLEASE TAKE FURTHER NOTICE** that this notice relates only to Julie Mandelsohn, Esq. and the following attorneys with the law firm of Irell & Manella LLP are still active in this case having filed their respective Verified Petitions for Permission to Practice in this Case (with related Orders being entered): (1) Michael Strub [Refer to Docket Nos. 3 and 7], (2) Jeffrey Reisner [Refer to Docket Nos. 4 and 8], (3) Christopher Cowan [Refer to Docket Nos. 5 and 9], and (4) Morgan Chu [Refer to Docket Nos. 58 and 61].

DATED: October 29, 2012.                     IRELL & MANELLA LLP

                                             By:  /s/ Michael H. Strub, Jr.
                                                   Michael H. Strub, Jr.

   IT IS SO ORDERED this """7vj___ day of October, 2012.

                                             UNITED STATES O CI KVTCVG JUDGE