| | |
|---|---|
| IRELL & MANELLA LLP<br>Michael H. Strub, Jr. (admitted *pro hac vice*)<br>Jeffrey M. Reisner (admitted *pro hac vice*)<br>840 Newport Center Drive<br>Newport Beach, California  92660<br>Telephone: (949) 760-0991<br>Facsimile: (949) 760-5200<br><br>IRELL & MANELLA LLP<br>Morgan Chu (admitted pro hac vice)<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California  90067<br>Telephone: (310) 277-1010<br>Facsimile:  (310) 203-7199<br><br>O'REILLY LAW GROUP, LLC<br>John F. O'Reilly, Esq., Bar No. 1761<br>Timothy R. O'Reilly, Esq., Bar No. 8866<br>325 South Maryland Parkway<br>Las Vegas, Nevada 89101-5300<br>Telephone: (702) 382-2500<br>Facsimile:  (702) 384-6266<br><br>Attorneys for Defendants<br>Transcontinental Corporation, *et al.* | BECK, REDDEN LLP<br>David J. Beck (admitted *pro hac vice*)<br>Matthew P. Whitley (admitted *pro hac vice*)<br>One Houston Center<br>1221 McKinney Street, Suite 4500<br>Houston, TX 77010<br>Telephone: (713) 951-3700<br>Facsimile: (713) 951-3720<br><br>PISANELLI BICE PLLC<br>James J. Pisanelli, Bar No. 4027<br>Debra L. Spinelli, Bar No. 9695<br>3883 Howard Hughes Parkway, Suite 800<br>Las Vegas, NV 89169<br>Telephone: (702) 214-2100<br>Facsimile: (702) 214-2101<br><br>Attorneys for Defendants<br>820 Management Trust, Lee M. Bass, Sid R. Bass, Sid R. Bass Management Trust, and BSF Partners |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re LAKE AT LAS VEGAS JOINT VENTURE, LLC, *et al.*,<br><br>        Debtors.<br><br>LARRY LATTIG, in his capacity as Creditor Trustee of the Lake Las Vegas Creditor Trust,<br><br>        Plaintiff,<br><br>    v.<br><br>820 MANAGEMENT TRUST, *et al.*,<br><br>        Defendants. | Case No. 2:11-cv-01346-GMN-(PAL)<br><br>Bankr. No. BK-S-08-17814-LBR<br>Bankr. Adv. No. 10-01284-LBR<br><br>**ORDER GRANTING DEFENDANTS' JOINT MOTION TO FILE UNDER SEAL** |

The Court, having considered *Defendants' Joint Motion for Leave to File Under Seal* (the "**Motion**"), and being fully advised in the matter, and good cause appearing,

IT IS HEREBY ORDERED:

1. The Motion is granted; and

2. Defendants[1] may file a volume of the Declaration of Michael H. Strub, Jr.—in particular, exhibits labeled 129 through 142—under seal.

**DATED:** May 1, 2013.

_____
THE HONORABLE GLORIA M. NAVARRO
United States District Judge

---

[1] Capitalized terms not defined herein shall have the meaning set for in the Motion.