IRELL & MANELLA LLP
Morgan Chu (admitted *pro hac vice*)
Laura Seigle (admitted *pro hac vice*)
1800 Avenue of the Stars, Suite 900
Los Angeles, California  90067
Telephone: (310) 277-1010
Facsimile:  (310) 203-7199

O'REILLY LAW GROUP, LLC
John F. O'Reilly, Esq., Bar No. 1761
Timothy R. O'Reilly, Esq., Bar No. 8866
325 South Maryland Parkway
Las Vegas, Nevada 89101-5300
Telephone: (702) 382-2500
Facsimile:  (702) 384-6266

IRELL & MANELLA LLP
Michael H. Strub, Jr. (admitted *pro hac vice*)
Jeffrey M. Reisner (admitted *pro hac vice*)
840 Newport Center Drive
Newport Beach, California  92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendants Transcontinental Corporation, *et al.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re LAKE AT LAS VEGAS JOINT VENTURE, LLC, *et al.*, <br><br>Debtors. | Case No. 2:11-cv-01346-GMN-(PAL) <br><br> Bankr. No. BK-S-08-17814-LBR <br> Bankr. Adv. No. 10-01284-LBR |
| LARRY LATTIG, in his capacity as Creditor Trustee of the Lake Las Vegas Creditor Trust, <br><br>Plaintiff, <br><br>v. <br><br>DAVID COX, *et al.*, <br><br>Defendants. | **ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL** |

The Court, having considered the *Motion For Leave To File Under Seal* (the "**Motion**"), and being fully advised in the matter, and good cause appearing, IT IS HEREBY ORDERED:

1.   The Motion is granted; and

2.   The Declaration of Morgan Chu may be filed under seal.

Dated: November 18, 2013.

_____
THE HONORABLE JENNIFER A. DORSEY
United States District Judge

2814633    [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL