| | |
|---|---|
| IRELL & MANELLA LLP<br>Morgan Chu (admitted *pro hac vice*)<br>Laura Seigle (admitted *pro hac vice*)<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199 | O'REILLY LAW GROUP, LLC<br>John F. O'Reilly, Esq., Bar No. 1761<br>Timothy R. O'Reilly, Esq., Bar No. 8866<br>325 South Maryland Parkway<br>Las Vegas, Nevada 89101-5300<br>Telephone: (702) 382-2500<br>Facsimile: (702) 384-6266 |

IRELL & MANELLA LLP
Michael H. Strub, Jr. (admitted *pro hac vice*)
Jeffrey M. Reisner (admitted *pro hac vice*)
840 Newport Center Drive
Newport Beach, California 92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendants Transcontinental Corporation, *et al.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re LAKE AT LAS VEGAS JOINT VENTURE, LLC, *et al.*,<br><br>Debtors.<br><br>LARRY LATTIG, in his capacity as Creditor Trustee of the Lake Las Vegas Creditor Trust,<br><br>Plaintiff,<br><br>v.<br><br>DAVID COX, *et al.*,<br><br>Defendants. | Case No. 2:11-cv-01346-GMN-(PAL)<br><br>Bankr. No. BK-S-08-17814-LBR<br>Bankr. Adv. No. 10-01284-LBR<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL** |

The Court, having considered the *Motion For Leave To File Under Seal* (the "**Motion**"), and being fully advised in the matter, and good cause appearing, IT IS HEREBY ORDERED:

1. The Motion is granted; and

2. The Declaration of Morgan Chu may be filed under seal.

Dated: November 18, 2013.

_____
THE HONORABLE JENNIFER A. DORSEY
United States District Judge

2814633    [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL