UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LARRY LATTIG,              )<br>                                          )<br>          Plaintiff,          )<br>     vs.                                )<br>                                          )<br>DAVID COX, et al.,          )<br>                                          )<br>          Defendants.     )<br>                                          ) | Case No.: 2:11-cv-01346-GMN-PAL<br><br>**MINUTE ORDER** |

Having reviewed and considered the parties' Motions to Exclude Expert Testimony (ECF Nos. 79, 80, 84), the Court finds that these motions are most appropriately ruled upon after the Court has ruled upon the pending Motions for Summary Judgment (ECF Nos. 77, 81, 85, 87, 92), and particularly the Motion for Summary Judgment (ECF No. 81). Also, the Court finds that a ruling upon the admissibility of expert testimony should be preceded by a *Daubert* hearing in which each challenged witness may be examined under oath.

Accordingly, the Court hereby **DENIES** the pending Motions to Exclude Expert Testimony (ECF No. 79, 80, 84) without prejudice, pending the Court's disposition of the pending Motions for Summary Judgment (ECF Nos. 77, 81, 85, 87, 92), and particularly the Motion for Summary Judgment (ECF No. 81). Upon the Court's ruling on these motions, the parties may renew their arguments in the form of a Motion for a *Daubert* hearing as to each challenged witness.

DATED this 31st day of March, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Judge