# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IN RE:
LAKE AT LAS VEGAS JOINT VENTURE, LLC,

LARRY LATTIG,

        Plaintiff,

vs.

DAVID COX, et al.,

        Defendants.

Case No. 2:11-cv-01346-GMN-PAL

**ORDER**

(Rqst to Excuse at SC - Dkt. #251)

    Before the court is defense counsel Michael H. Strub, Jr.'s letter (Dkt. #251) to the undersigned dated March 19, 2014, requesting that certain Defendants be excused from attending the settlement conference currently scheduled for May 30, 2014.  The letter indicates it was sent to opposing counsel. Mr. Strub requests that William P, Hallman, Jr., and the defendant entities that he owns or controls, The Hallman Management Trust and Carmel Land & Cattle Co., L.P., be excused as Mr. Hallman is not one of the principal Defendants, and he also has a trip planned out of the country during the date of the settlement conference.

    He also requests that the court excuse Defendants Stephen G. Shapiro and Matthew Boeddeker as the damages alleged against them are immaterial given the overall amount in dispute, and as they have not been asked to participate, nor have participated in, any mediation or settlement discussions in the past.  Mr. Strub and Jeffrey Reisner will be appearing on behalf of Mr. Hallman, Mr. Shapiro and Mr. Boeddeker, and will have full authority to resolve this matter without the need for further approval or authorization.  If necessary, Mr. Hallman can be available by telephone.

/ / /

Counsel also contacted Christopher Nolland, settlement counsel for Plaintiff Larry Lattig, who responded that under the circumstances, Mr. Nolland and his client do not object to this request. A copy of that correspondence is attached to the letter.

Having reviewed the matter, and it appearing opposing counsel does not object,

**IT IS ORDERED** that Mr. Hallman, Mr. Shapiro and Mr. Boeddeker shall be excused from attending the settlement conference on May 30, 2014.

Dated this 31st day of March, 2014.

_____
Peggy A. Leen
United States Magistrate Judge