```
_✓_ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
                   COUNSEL/PARTIES OF RECORD

       JUN 1 2 2014

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Lattig     Plaintiff, | |
| vs. | District No.  2:11-cv-01346-GMN-PAL |
| Cox, et al | |
| Defendant. | |

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On June 9th, 2014 this court received a transcript request from Timothy Ryan O'Reilly, Defense Counsel for Defendant David Cox, dated June 9th, 2014 requesting a Transcript of the Sealed Settlement Conference held on May 30th, 2014.

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of the hearing as requested by Defense Counsel Timothy Ryan O'Reilly.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

DATED this 9th day of ~~May~~ June 2014.

_____
Peggy A. Leen
United States Magistrate Judge