

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Lattig      Plaintiff, | |
| vs. | District No.   2:11-cv-01346-GMN-PAL |
| Cox, et al | |
| Defendant. | |

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On June 12th, 2014 this court received a transcript request from Michael P. Fritz, Plaintiff Counsel for Plaintiff Larry Lattig, dated June 12th, 2014 requesting a Transcript of the Sealed Settlement Conference held on May 30th, 2014.

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of the hearing as requested by Plaintiff Counsel Michael P. Fritz.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

DATED this ___ day of June 2014.

Peggy A. Leen
United States Magistrate Judge